UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LA KOYA JONES,
a/k/a "Koya," and

LATOYA ROBINSON,

Defendants.

**UNSEALING ORDER**

26 MJ 3296

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Carmi Schickler;

It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, and it is therefore:

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: White Plains, New York
August 19, 2026

Judith C. McCarthy

HONORABLE JUDITH C. McCARTHY
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK